UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY PATU,

                Plaintiff,

    v.

NO NAMED DEFENDANT,

               Defendant.

CASE NO. C15-1037-MJP-JPD

REPORT AND RECOMMENDATION

On June 22, 2015, plaintiff Ricky Patu presented to this Court for filing a prisoner civil rights complaint under 42 U.S.C. § 1983 together with an application to proceed with this action *in forma pauperis*. (Dkt. 1) Plaintiff failed, however, to submit a copy of his prison trust account statement with his application to proceed *in forma pauperis*. (*See id*.) Thus, on June 30, 2015, the Clerk sent plaintiff a letter advising him that his application was deficient and that he would have to correct this deficiency, or submit the full $400.00 filing fee, not later than July 30, 2015, or risk dismissal of this action. (Dkt. 2.) To date, plaintiff has submitted neither the filing fee nor a copy of his prison trust account statement.

REPORT AND RECOMMENDATION
PAGE - 1

1  As plaintiff has had ample time to comply with the filing fee requirement, but has failed
2  to do so, this Court recommends that the instant action be dismissed without prejudice for failure
3  to prosecute.  A proposed order accompanies this Report and Recommendation.

4  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
5  served upon all parties to this suit by no later than **September 8, 2015**.  Failure to file objections
6  within the specified time may affect your right to appeal.  Objections should be noted for
7  consideration on the District Judge's motion calendar for the third Friday after they are filed.
8  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no
9  timely objections are filed, the matter will be ready for consideration by the District Judge on
10 **September 11, 2015**.

11  DATED this 18th day of August, 2015.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge