UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY PATU,<br><br>          Plaintiff,<br><br>    v.<br><br>NO NAMED DEFENDANT,<br><br>          Defendant. | CASE NO. C15-1037 MJP<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AND REFERRING CASE TO MAGISTRATE JUDGE |

THIS MATTER comes before the Court on the Report and Recommendation of the honorable James P. Donohue, Chief United States Magistrate Judge. (Dkt. No. 4.) In the Report and Recommendation, Judge Donohue recommends dismissal of this action without prejudice for failure to pay the filing fee or to correct the deficiency in Plaintiff's in forma pauperis application. (Id.) Plaintiff has now submitted a new in forma pauperis application form. (Dkt. No. 5.) In light of Plaintiff's submission, the Court DECLINES to adopt the Report and Recommendation and ORDERS that this matter be referred back to Judge Donohue for further consideration in light of Plaintiff's submission.

1     The clerk is ordered to provide copies of this order to all counsel.

3     Dated this 21st day of September, 2015.

*[signature]*
Marsha J. Pechman
Chief United States District Judge

ORDER DECLINING TO ADOPT REPORT AND
RECOMMENDATION AND REFERRING CASE
TO MAGISTRATE JUDGE- 2